1024

[No. 9530-1-II. Division Two. August 16, 1988.]

JAMES B. CRAIG, *Respondent*, v. RICE SAFETY EQUIPMENT COMPANY, *Appellant*, RESEARCH & TRADING CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-01803-7, Donald H. Thompson, J., entered January 17, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 11053-9-II. Division Two. August 16, 1988.]

SECURITY STATE BANK, *Appellant*, v. JACK L. CORDER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-00588-5, Robert L. Charette, J., entered May 4, 1987. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[No. 9632-3-II. Division Two. August 16, 1988.]

J.A. SEVERSON, ET AL, *Appellants*, v. HARRISON MEMORIAL HOSPITAL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-2-00112-9, Gary W. Velie, J., entered February 18, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 10672-8-II. Division Two. August 18, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. JIROVEC, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 86-1-00212-4, Dale M. Nordquist, J., entered January 20, 1987. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.